# YOUR EMERGENCY VISIT SUMMARY

**University of Vermont MEDICAL CENTER**

**Tina N. Conn**  MRN: 0001534023  DoB: 10/15/1967

📅 5/25/2022  📍 UVM Medical Center Emergency Department - Main Campus 802-847-2434

## Instructions

Please call and follow up with First Call for any mental health needs (802) 488-7777


Read the attached information
1. Mental Health Crisis: Getting Help: General Info (English)
2. Suicidal Thoughts (English)


Schedule an appointment with Kristen V Gray, FNP as soon as possible for a visit
Contact: 617 RIVERSIDE AVE, SUITE 200
         Burlington VT 05401-1601
         802-864-6309

## Additional Appointment Information

**Please Note:** Recurring appointments do not display on the After Visit Summary.

### Your Electronic Health Information

The University of Vermont Health Network is committed to information transparency, which is why we want you to have access to your electronic health information as soon as it is available. With very few exceptions, visit notes and test results are available in the MyChart patient portal as soon as they are finalized. This transparency means that you will likely see test results before your care team is able to review them.

## Today's Visit

You were seen by Daniel A Barkhuff, MD and Lindsay Barnett Reardon, MD

### Diagnoses
- **Suicidal ideation**
- Depression, unspecified depression type

### Lab Tests Completed
ACETAMINOPHEN
BASIC METABOLIC PANEL (BMP)
COVID-19 Testing
COVID-19 Testing
SALICYLATE
THYROID CASCADE

### Done Today
EKG 12-LEAD

### Medications Given
acetaminophen (TYLENOL)
hydrOXYzine (ATARAX)
ibuprofen (MOTRIN)

# Your Medication List

## ASK your doctor about these medications


**acetaminophen** 650 mg tablet
Commonly known as: TYLENOL


**docusate sodium** 100 mg capsule
Commonly known as: COLACE


**gabapentin** 100 mg capsule      Take 1 Cap by mouth 3 times daily.
Commonly known as: NEURONTIN


**loratadine** 10 mg tablet
Commonly known as: CLARITIN


**senna** 8.6 mg tablet
Commonly known as: SENOKOT

# MyChart - Your personalized portal to more connected, convenient, and secure health care.

Send secure (non-urgent) messages to your care team, view test results, renew prescriptions, request appointments, view visit notes, pay bills, and more.

Activate your account by visiting **UVMHealth.org/MyChartCode** and entering your activation code:
**N5XQ5-DT7VS-2HJ58**
**Expires: 7/9/2022 20:14**

Or use the online sign-up form at **UVMHealth.org/MyChartSignUp**
For assistance, call **1-888-979-1414** or **802-847-7500**.

Want MyChart on the go? Download the MyChart app from the App store or Google Play.

## Additional Information

## Health Assistance Program

The Health Assistance Program (HAP) at the UVM Medical Center offers patient assistance, financial assistance, advocacy and support for a variety of health care needs. Below are some of the services offered:
- Perform screening for eligibility and financial assistance
- Provide assistance with enrollment in State and Federal benefit and insurance programs
- Connect you to hospital programs that provide health care at a free or reduced cost
- Provide you with resources to help pay for medications and/or medical supplies
- Link you to additional community resources and health information if needed

Please call HAP at 802-847-6984, Monday through Friday between 8:30am and 5:00 pm for more information

## Suicide Prevention Hotline

National Suicide Prevention Lifeline: (800) 273-8255
For deaf or hard of hearing: (800) 799-4889
Web site: https://suicidepreventionlifeline.org      Suicide Prevention Lifeline

The National Suicide Prevention Lifeline is a national network of local crisis centers that provides free and confidential emotional support to people in suicidal crisis or emotional distress 24 hours a day, 7 days a week. We're committed to improving crisis services and advancing suicide prevention by empowering individuals, advancing professional best practices, and building awareness

## Pathways Vermont Support Line

In addition to recommended follow up, Pathways Vermont Support line is a free, anonymous resource for all Vermonters who want to talk and connect. They are staffed by individuals who have experienced a broad range of struggles and are willing to be open about them. They can have conversations about anything - friends, family, work, financial struggles, loneliness, loss, feeling overwhelmed, parenting, etc. Call them. 365 days a year from 3:00 PM - 1:00 AM at (888) 604-6412.

📎 Attached Information                               Mental Health Crisis: Getting Help: General Info (English)

## UVM Health Network Patient Instructions

## Learning About How to Get Help During a Mental Health Crisis

### Overview



When you live with a mental health condition, there may be times when you lose your emotional balance. That can put your health or even your life at risk. It may be hard to know what to do when you're in the midst of a crisis, so it's helpful to think ahead. These steps can help you be ready.

1. Identify your sources of support.

   There are many places to turn when you're in a crisis. These are just a few ideas. You may have others. For example, you might contact:

   - A trusted friend or family member. Make a list of some people you can count on in a crisis.
   - Your doctor or mental health professional.
   - The National Suicide Prevention Lifeline (1-800-273-8255). Trained counselors are available 24/7 to advise you in a crisis. It's free, and it's confidential.
   - The National Alliance for Mental Illness (NAMI). During a crisis, you can text 741741 for free 24/7 support from a trained counselor. You can also call the NAMI HelpLine (1-800-950-6264) or go online (www.nami.org/help) to chat with a trained volunteer.

   It's a good idea to put these numbers in your phone.

2. Assess your situation.

   Have you dealt with a mental health crisis before? What happened then? What brought it on? What signs or symptoms did you have?

Then think about what's happening now. What symptoms are you having? Are they like the ones you had before? Are they getting worse? Is there a chance that you could hurt yourself or someone else?

This is also a good time to think about how you got through a previous crisis. What coping strategies helped you? Could you use them this time?

3. Get the help you need.

   Don't be afraid or ashamed to reach out for help. We all need support from time to time, and there are people who want to help. The sooner you get support, the sooner you'll get through a crisis.

   - **Get help right away if you think you could be in danger.** One example is having a plan to harm yourself or someone else. But you know best which signs mean you're having a crisis. If you're not sure, get emergency help. Call **911** or go to an emergency room, and tell them you're having a mental health crisis.
   - **If you're struggling but not in danger now, reach out to your sources of support.** For instance, call a trusted friend or relative. Tell them how you're feeling, and ask if they can be with you until you're doing better. Or call a crisis hotline for advice and support.
   - **Call your doctor or mental health professional too.** They can help you decide on your next steps. You may need more or different treatment.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You feel you cannot stop from hurting yourself or someone else.

**Call your doctor now** or seek immediate medical care if:

- You have one or more warning signs of suicide. For example, call if:
  - You feel like giving away your possessions.
  - You use illegal drugs or drink alcohol heavily.
  - You talk or write about death. This may include writing suicide notes and talking about guns, knives, or pills.
  - You start to spend a lot of time alone or spend more time alone than usual.
- You hear voices.
- You start acting in an aggressive way that's not normal for you.

Watch closely for changes in your health, and be sure to contact your doctor if you have any problems.

Current as of: June 16, 2021          Content Version: 13.2

© 2006-2022 Healthwise, Incorporated.
Care instructions adapted under license by University of Vermont Health Network. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.



📎 Attached Information                                    Suicidal Thoughts (English)

## UVM Health Network Patient Instructions

## Suicidal Thoughts and Behavior: Care Instructions

### Overview

You have been seen by a doctor because you've had thoughts of suicide or have harmed yourself. Your doctor and support team want to help keep you safe. Your team may include a case manager, a social worker, and a counselor.

People often think about suicide because they feel hopeless, helpless, or worthless. These feelings may come from having a mental health problem, such as depression. These problems can be treated.

It's important to remember that there are people who care about you. Your doctor and support team take your pain very seriously, and they want to help. Treatment and close follow-up care can help you feel better.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

### How can you care for yourself at home?

- Talk to someone. Be open about your feelings. Reach out to a trusted family member or friend, your doctor, or a counselor. You can also call the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255). Or text HOME to 741741 to access the Crisis Text Line. Consider saving these numbers in your phone.
- Attend all counseling sessions recommended by your doctor.
- Make a suicide safety plan. This is a set of steps you can take when you feel suicidal. It includes your warning signs, coping strategies, and people you can ask for support. It's best to work with a therapist to make your plan.
- Ask someone to remove and store any guns, pills, or other means of suicide.
- Avoid alcohol and drug use.
- Be safe with medicines. Take your medicines exactly as prescribed. Call your doctor if you think you are having a problem with your medicine.

### When should you call for help?

  **Call 911** anytime you think you may need emergency care. For example, call if:

  - You feel you cannot stop from hurting yourself or someone else.

  **Call your doctor now** or seek immediate medical care if:

- You have one or more warning signs of suicide. For example, call if:
  - You feel like giving away your possessions.
  - You use illegal drugs or drink alcohol heavily.
  - You talk or write about death. This may include writing suicide notes and talking about guns, knives, or pills.
  - You start to spend a lot of time alone or spend more time alone than usual.

- You hear voices.
- You start acting in an aggressive way that's not normal for you.

Watch closely for changes in your health, and be sure to contact your doctor if you have any problems.

## Where can you learn more?

Go to https://www.healthwise.net/uvmhealth or log into your MyChart account at https://mychart.uvmhealth.org

Enter **G672** in the search box to learn more about "**Suicidal Thoughts and Behavior: Care Instructions**."

Current as of: June 16, 2021          Content Version: 13.2

© 2006-2022 Healthwise, Incorporated.

Care instructions adapted under license by University of Vermont Health Network. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

University of Vermont MEDICAL CENTER

| RX#66975188 | You Pay: $1.00 |
|---|---|
| CONN, TINA | VT MEDICAID |
| | Filled: 07/01/22      RPh: JB |
| DOB: 10/15/1967 | HYDROXYZINE HCL 50MG TABS |
| 16 LINCOLN STREET | NDC#23155-0502-01  Mfg:AVET |
| ESSEX JUNCTION, VT 05452 | Qty: 7        Days Supply: 14 |
| PT PHONE: (617) 549-8395 | DR. EMMA ZHAO |
| TOTAL AMT: $6.24   INS PD: $5.24 | |
| | *Waiting* |
| | NEW    1 of 1 |

RECEIPT

University of Vermont MEDICAL CENTER

| RX#66975188 | You Pay: $1.00 |
|---|---|
| CONN, TINA | VT MEDICAID |
| | Filled: 07/01/22      RPh: JB |
| DOB: 10/15/1967 | HYDROXYZINE HCL 50MG TABS |
| 16 LINCOLN STREET | NDC#23155-0502-01  Mfg:AVET |
| ESSEX JUNCTION, VT 05452 | Qty: 7        Days Supply: 14 |
| PT PHONE: (617) 549-8395 | DR. EMMA ZHAO |
| TOTAL AMT: $6.24   INS PD: $5.24 | |
| | *Waiting* |
| | NEW    1 of 1 |

RECEIPT

**Prescription Information For:** CONN, TINA

**RX#66975188N**          **Filled on:** 07/01/22          **RPh:** JB
**Medication:** HYDROXYZINE HCL 50MG TABS          **NDC:** 23155-0502-01
**Qty:** 7          **Days Supply:** 14          **Dr.:** EMMA ZHAO

**GENERIC NAME:** Hydroxyzine Capsules and Tablets
**Pronunciation:** (hye DROKS i zeen)
**Brand Name:** Atarax      Vistaril
**Warning:**

**What is this drug used for?:** - It is used to treat itching.
- It is used to treat anxiety.
- It is used to put you to sleep for surgery.
- It may be given to you for other reasons. Talk with the doctor.

**What do I need to tell my doctor BEFORE I take this drug?:** - If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have ever had a long QT on ECG.
- If you are in early pregnancy. Do not take this drug during early pregnancy.
- If you are breast-feeding. Do not breast-feed while you take this drug.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**What are some things I need to know or do while I take this drug?:** - Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- An unsafe heartbeat that is not normal (long QT on ECG) has happened with this drug. This may raise the chance of sudden death. Talk with the doctor.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food. Take with food if it causes an upset stomach.
What do I do if I miss a dose?

- If you take this drug on a regular basis, take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.
- Many times this drug is taken on an as needed basis. Do not take more often than told by the doctor.

**What are some side effects that I need to call my doctor about right away?:** WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing;

**Prescription Information For:** TINA CONN

**Medication:** HYDROXYZINE HCL 50MG TABS

tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Fast or abnormal heartbeat.
- Very bad dizziness or passing out.
- Trouble controlling body movements.
- Feeling confused.
- Rarely, a very bad skin reaction has happened with this drug. Signs include fever and many small skin spots within large areas of redness and swelling. Call your doctor right away if you have a rash or any of these signs.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects o only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Dry mouth.
- Feeling sleepy.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**If OVERDOSE is suspected:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**How do I store and/or throw out this drug?:** - Store at room temperature protected from light. Store in a dry place. Do not store i a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

**Consumer Information Use and Disclaimer:** - If your symptoms or health problems do not get better or if they become worse, ca your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**IMPORTANT NOTE:** This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments o medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.
**COPYRIGHT:** Copyright © 2022 UpToDate, Inc. and/or its affiliates. All Rights Reserved.

**University of Vermont Medical Center**

| | | |
|---|---|---|
| RX#88224358<br>CONN, TINA<br><br>DOB: 10/15/1967<br>16 LINCOLN STREET<br>ESSEX JUNCTION, VT 05452<br>PT PHONE: (617) 549-8395<br>TOTAL AMT: $5.00   INS PD: $4.00 | You Pay:  $1.00<br>VT MEDICAID<br>Filled: 07/01/22   RPh: JB<br>FERROUS GLUCONATE 324MG TABS<br>NDC#00574-0508-01  Mfg:PADAGIS<br>Qty: 10   Days Supply: 20<br>DR. EMMA ZHAO<br>*Waiting*<br>NEW    1 of 1 | RECEIPT |
| RX#88224358<br>CONN, TINA<br><br>DOB: 10/15/1967<br>16 LINCOLN STREET<br>ESSEX JUNCTION, VT 05452<br>PT PHONE: (617) 549-8395<br>TOTAL AMT: $5.00   INS PD: $4.00 | You Pay:  $1.00<br>VT MEDICAID<br>Filled: 07/01/22   RPh: JB<br>FERROUS GLUCONATE 324MG TABS<br>NDC#00574-0508-01  Mfg:PADAGIS<br>Qty: 10   Days Supply: 20<br>DR. EMMA ZHAO<br>*Waiting*<br>NEW    1 of 1 | RECEIPT |

**Prescription Information For:** CONN, TINA

RX#88224358N    Filled on: 07/01/22    RPh: JB
**Medication:** FERROUS GLUCONATE 324MG TABS    NDC: 00574-0508-01
**Qty:** 10    **Days Supply:** 20    **Dr.:** EMMA ZHAO

**GENERIC NAME:** Ferrous Gluconate
**Pronunciation:** (FER us GLOO koe nate)
**Brand Name:** Ferate [OTC]
**Warning:**

**What is this drug used for?:** - It is used to aid diet needs.
- It is used to treat or prevent low iron in the body.
- It may be given to you for other reasons. Talk with the doctor.

**What do I need to tell my doctor BEFORE I take this drug?:** - If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Too much iron in your body or anemia from a cause other than low iron.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**What are some things I need to know or do while I take this drug?:** - Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- If you are allergic to tartrazine (FD&C Yellow No. 5), talk with your doctor. Some products have tartrazine.
- This drug prevents many other drugs from getting into the body. If you take other drugs, check with your doctor or pharmacist to see if you need to take them at some other time than this drug.
- Accidental overdose of drugs that have iron in them is a leading cause of deadly poisoning in children younger than 6 years of age. Keep away from children. If this drug is taken by accident, call a doctor or poison control center right away.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- This drug works better if you take it on an empty stomach. You may take this drug with food if it causes an upset stomach. Some foods like eggs, whole grain breads, cereal, dairy products, coffee, and tea may make this drug not work as well. If this drug causes an upset stomach, talk with your doctor about the best way to take this drug with food.
- Take with a full glass of water.
- If antacids are used, they may need to be taken at some other time than this drug. Talk with your doctor or pharmacist.
What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**What are some side effects that I need to call my doctor about right away?:** WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

**Prescription Information For:** TINA CONN

**Medication:** FERROUS GLUCONATE 324MG

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Black, tarry, or bloody stools.
- Fever.
- Throwing up blood or throw up that looks like coffee grounds.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects o only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Constipation, diarrhea, stomach pain, upset stomach, throwing up, or feeling less hungry.
- Change in color of stool to green.
- Stomach cramps.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**If OVERDOSE is suspected:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**How do I store and/or throw out this drug?:** - Store at room temperature protected from light. Store in a dry place. Do not store i a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

**Consumer Information Use and Disclaimer:** - If your symptoms or health problems do not get better or if they become worse, ca your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**IMPORTANT NOTE:** This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments o medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms.
**COPYRIGHT:** Copyright © 2022 UpToDate, Inc. and/or its affiliates. All Rights Reserved.

| | | |
|---|---|---|
| RX#66975181<br>**CONN, TINA**<br><br>DOB: 10/15/1967<br>16 LINCOLN STREET<br>ESSEX JUNCTION, VT 05452<br>PT PHONE: (617) 549-8395<br>TOTAL AMT: $12.13   INS PD: $11.13 | **You Pay:   $1.00**<br>VT MEDICAID<br>Filled: 07/01/22   RPh: JB<br>**ESCITALOPRAM OXALATE 10MG TABS**<br>NDC#43547-0281-11   Mfg:SOLCO HEALTHCARE<br>Qty: 28   Days Supply: 14<br>DR. EMMA ZHAO<br><br>*Waiting*<br>NEW   1 of 1 | RX#66975181<br>**CONN, TINA**<br><br>DOB: 10/15/1967<br>16 LINCOLN STREET<br>ESSEX JUNCTION, VT 05452<br>PT PHONE: (617) 549-8395<br>TOTAL AMT: $12.13   INS PD: $11.13 |

**Prescription Information For:   CONN, TINA**

RX#66975181N   Filled on: 07/01/22   RPh: JB
**Medication:** ESCITALOPRAM OXALATE 10MG TABS   **NDC:** 43547-0281-11
**Qty:** 28   **Days Supply:** 14   **Dr.:** EMMA ZHAO

**GENERIC NAME:** Escitalopram Tablets
**Pronunciation:** (es sye TAL oh pram)
**Brand Name:** Lexapro
**Warning:** For all patients taking this drug:
- Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.        Children:
- This drug is not approved for use in all children. Talk with the doctor to be sure that this drug is right for your child.

**What is this drug used for?:** - It is used to treat low mood (depression).
- It is used to treat anxiety.
- It may be given to you for other reasons. Talk with the doctor.

**What do I need to tell my doctor BEFORE I take this drug?:** - If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you are taking any of these drugs: Linezolid or methylene blue.
- If you are taking any of these drugs: Citalopram or pimozide.
- If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**What are some things I need to know or do while I take this drug?:** - Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.
- Avoid drinking alcohol while taking this drug.
- Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- In depression, sleep and appetite may get better soon after starting this drug. Other low mood signs may take up to 4 weeks to get better.
- This drug may raise the chance of bleeding. Sometimes, bleeding can be life-threatening. Talk with the doctor.
- This drug can cause low sodium levels. Very low sodium levels can be life-threatening, leading to seizures, passing out, trouble breathing, or death.
- If you are 65 or older, use this drug with care. You could have more side effects.
- This drug may affect growth in children and teens in some cases. They may need regular growth checks. Talk with the doctor.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.
- Taking this drug in the third trimester of pregnancy may lead to some health problems in the newborn. Talk with the doctor.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

**Prescription Information For:** TINA CONN

**Medication:** ESCITALOPRAM OXALATE 10MG

- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**What are some side effects that I need to call my doctor about right away?:** WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of low sodium levels like headache, trouble focusing, memory problems, feeling confused, weakness, seizures, or change in balance.
- Signs of bleeding like throwing up or coughing up blood; vomit that looks like coffee grounds; blood in the urine; black, red, or tarr stools; bleeding from the gums; abnormal vaginal bleeding; bruises without a cause or that get bigger; or bleeding you cannot stop.
- Seizures.
- Fever or chills.
- Painful erection (hard penis) or an erection that lasts for longer than 4 hours.
- Sex problems have happened with drugs like this one. This includes lowered interest in sex, trouble having an orgasm, ejaculation problems, or trouble getting or keeping an erection. If your child has any sex problems or if you have any questions, talk with the doctor.
- Some people may have a higher chance of eye problems with this drug. Your doctor may want you to have an eye exam to see if you have a higher chance of these eye problems. Call your doctor right away if you have eye pain, change in eyesight, or swelling or redness in or around the eye.
- A severe and sometimes deadly problem called serotonin syndrome may happen. The risk may be greater if you also take certain other drugs. Call your doctor right away if you have agitation; change in balance; confusion; hallucinations; fever; fast or abnormal heartbeat; flushing; muscle twitching or stiffness; seizures; shivering or shaking; sweating a lot; severe diarrhea, upset stomach, or throwing up; or very bad headache.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects o only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.
- Upset stomach.
- Diarrhea or constipation.
- Dry mouth.
- Trouble sleeping.
- Sweating a lot.
- Flu-like signs.
- Runny nose.
- Headache.
- Yawning.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**If OVERDOSE is suspected:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**How do I store and/or throw out this drug?:** - Store at room temperature in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

University of Vermont MEDICAL CENTER

RX#66975184
CONN, TINA

DOB: 10/15/1967
16 LINCOLN STREET
ESSEX JUNCTION, VT 05452

PT PHONE: (617) 549-8395
TOTAL AMT: $12.00   INS PD: $11.00

You Pay: $1.00
VT MEDICAID
Filled: 07/01/22   RPh: JB
MIRTAZAPINE 15MG TABS
NDC#13107-0031-34   Mfg:AUROBINDO PHARMA
Qty: 14   Days Supply: 14
DR. EMMA ZHAO

*Waiting*
NEW   1 of 1

RECEIPT

University of Vermont MEDICAL CENTER

RX#66975184
CONN, TINA

DOB: 10/15/1967
16 LINCOLN STREET
ESSEX JUNCTION, VT 05452

PT PHONE: (617) 549-8395
TOTAL AMT: $12.00   INS PD: $11.00

You Pay: $1.00
VT MEDICAID
Filled: 07/01/22   RPh: JB
MIRTAZAPINE 15MG TABS
NDC#13107-0031-34   Mfg:AUROBINDO PHARMA
Qty: 14   Days Supply: 14
DR. EMMA ZHAO

*Waiting*
NEW   1 of 1

RECEIPT

University of Vermont MEDICAL CENTER

**Prescription Information For:** CONN, TINA

RX#66975184N   Filled on: 07/01/22   RPh: JB
**Medication:** MIRTAZAPINE 15MG TABS   NDC: 13107-0031-34
Qty: 14   Days Supply: 14   Dr.: EMMA ZHAO

**GENERIC NAME:** Mirtazapine Tablets
**Pronunciation:** (mir TAZ a peen)
**Brand Name:** Remeron
**Warning:** - Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.
- This drug is not approved for use in children. Talk with the doctor.

**What is this drug used for?:** - It is used to treat low mood (depression).
- It may be given to you for other reasons. Talk with the doctor.

**What do I need to tell my doctor BEFORE I take this drug?:** - If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you are taking any of these drugs: Certain drugs used for anxiety, sleep, or other health problems like alprazolam or diazepam.
- If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen.
- If you are taking any of these drugs: Linezolid or methylene blue.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**What are some things I need to know or do while I take this drug?:** - Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- It may take several weeks to see the full effects.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- Some people may have a higher chance of eye problems with this drug. Your doctor may want you to have an eye exam to see if you have a higher chance of these eye problems. Call your doctor right away if you have eye pain, change in eyesight, or swelling or redness in or around the eye.
- Low white blood cell counts have rarely happened with this drug. This may lead to a higher chance of getting an infection. Tell your doctor if you have ever had a low white blood cell count. Call your doctor right away if you have signs of infection like fever, chills, or sore throat.
- An unsafe heartbeat that is not normal (long QT on ECG) has happened with this drug. Sudden deaths have rarely happened in people taking this drug. Talk with the doctor.
- This drug may cause high cholesterol and triglyceride levels. Talk with the doctor.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Avoid drinking alcohol while taking this drug.
- Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

*Monograph and Receipt continued..........*

**Prescription Information For:** TINA CONN

**Medication:** MIRTAZAPINE 15MG TABS

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take at bedtime if it causes sleepiness.
- Take with or without food.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**What are some side effects that I need to call my doctor about right away?:** WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of low sodium levels like headache, trouble focusing, memory problems, feeling confused, weakness, seizures, or change in balance.
- Signs of a very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in the mouth, throat, nose, or eyes.
- Redness or irritation of the palms of hands or soles of feet.
- Flu-like signs.
- Mouth irritation or mouth sores.
- Restlessness.
- Fast or abnormal heartbeat.
- Very bad dizziness or passing out.
- Joint pain.
- A severe and sometimes deadly problem called serotonin syndrome may happen. The risk may be greater if you also take certain other drugs. Call your doctor right away if you have agitation; change in balance; confusion; hallucinations; fever; fast or abnormal heartbeat; flushing; muscle twitching or stiffness; seizures; shivering or shaking; sweating a lot; severe diarrhea, upset stomach, or throwing up; or very bad headache.
- A severe and sometimes deadly reaction has happened. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. If you have questions, talk with the doctor.

**What are some other side effects of this drug?:** All drugs may cause side effects. However, many people have no side effects o only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, sleepy, tired, or weak.
- Constipation.
- Dry mouth.
- More hungry.
- Weight gain.
- Strange or odd dreams.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**If OVERDOSE is suspected:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**How do I store and/or throw out this drug?:** - Store at room temperature protected from light. Store in a dry place. Do not store i a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

AITA TRANSLATION
SERVICES
888 302 4455
800-889-2045

Luật Sư        802-461-4705
Luật Sư 6-17-22 AM 802-651-0960
Luật Sư 8-22-130pm 802-488-4644
Luật Sư William Leckerning 802-864-5756
                 3:00PM
Luật Sư   Jody 2/13/22 802-334-6266
                 100PM
Luật Sư  _____   802-457-1020
Luật Sư 9/11/22 ↑ 802-658-5950
         215 PM ↓ 802-651-0860
Luật Sư Susan Esweck - 802 287-1789
        9/12/22 1:45 AM
Luật Sư 2/2/22 802-274-5166
         1:00 PM

U.S. District Court

District of Vermont

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2023 at 2:46 PM EST and filed on 1/19/2023
**Case Name:** Ha et al v. Conn
**Case Number:** 2:20-cv-00155-wks
**Filer:**
**Document Number:** 66

**Docket Text:**
**OPINION AND ORDER granting [65] Application for Entry of Default *and* Motion for Default Judgment. A hearing date for entry of default judgment will be forthcoming. Signed by Judge William K. Sessions III on 1/19/2023. (law)**

**2:20-cv-00155-wks Notice has been electronically mailed to:**

Daniel A. Seff, Esq   dseff@mskvt.com, daniel.seff@gmail.com, dseff@yahoo.com, laslanian@mskvt.com, ochandler@mskvt.com, reception@mskvt.com

**2:20-cv-00155-wks Notice has been delivered by other means to:**

Tina Conn
16 Lincoln Street
Essex Junction, VT 05452