```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

JOHNNY HA, JENNY PHAM           )
a/k/a JENNY HA, and HELEN       )
LE,                             )
                                )
        Plaintiffs,             )
                                )
    v.                          )    Case No. 2:20-cv-155
                                )
TINA CONN,                      )
                                )
        Defendant.              )
```

## ORDER

The Court will hold a hearing on Defendant Tina Conn's motion to set aside default judgment (ECF No. 72) on Monday, March 27, 2023, at 2:00 p.m. As the Court explained in the hearing held on March 13, 2023, Ms. Conn will be expected to present evidence in support of her motion, including:

> (1) evidence of medical and/or emotional health issues, including any relevant periods of hospitalization, that have prevented her from engaging in this litigation;
>
> (2) evidence of attorneys she has attempted to contact, including their names and the actual or approximate dates on which she tried to make such contacts; and
>
> (3) evidence that litigation-related communications have been delivered to an incorrect physical or email address.

Upon request, any medical or mental health evidence may be presented under seal so that such evidence is not available to the general public.

The Court encourages Ms. Conn to continue her efforts to retain an attorney prior to the scheduled hearing.  She will also note Plaintiffs' arguments in their written opposition to her motion, including their contention that in order to achieve relief from the default judgment, she must present a "meritorious defense" to their claims.  *See* ECF No. 73 at 8-9 (Plaintiffs' Opposition to Defendant Tina Conn's Motion to Set Aside Default Judgment).

Each party shall bear one-half (1/2) of the cost of the Vietnamese language interpreter services for the hearing to be held on Monday, March 27, 2023 at 2:00 p.m.

SO ORDERED.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge