UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHNNY HA, JENNY PHAM A/K/A JENNY HA, AND HELEN LE,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TINA CONN,<br>　　　　　　Defendant. | Docket No. 2:20-cv-155-wks |

MOTION TO WITHDRAW

NOW COMES Justin G. Sherman, Esq., of the law firm Langrock Sperry & Wool, LLP, and hereby moves to withdraw his appearance in the above-captioned action on behalf of the defendant, Tina Conn. Grounds exist for withdrawal under Vermont Rules of Professional Conduct 1.16(a) and 1.16(b).

DATED at Burlington, Vermont this 26th day of February, 2024.

　　　　　　　　　　　　　　　　　　LANGROCK SPERRY & WOOL, LLP

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Justin G. Sherman
　　　　　　　　　　　　　　　　　　210 College Street, Suite 400
　　　　　　　　　　　　　　　　　　Burlington, VT 05401
　　　　　　　　　　　　　　　　　　jsherman@langrock.com
　　　　　　　　　　　　　　　　　　Phone:  802-864-0217

　　　　　　　　　　　　　　　　　　Attorney for Defendant Tina Conn

2101509.1

1