NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Johnny Ha; Jenny Pham; Helen Le

      v.                                              Case No. 2:20-cv-155

Tina Conn

TAKE NOTICE that the above-entitled case has been rescheduled at 11:00 a.m. on Monday, March 04, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a hearing on Motion to Withdraw as Attorney.

Location: 110                                      JEFFREY S. EATON, Clerk
                                                  By: */s/ Lisa Wright*
                                                  Deputy Clerk
                                                  2/26/2024

TO:

Daniel A. Seff, Esq.

Justin G. Sherman, Esq.

Court Reporter