NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

Johnny Ha; Jenny Pham a/k/a Jenny Ha and Helen Le

      v.     Case No. 2:20-cv-155

Tina Conn

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on Monday, June 24, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Jury Draw. The trial will commence thereafter and continue through Friday, June 28, 2024 starting at 9:00 a.m. every day.*

Location: 110

JEFFREY S. EATON, Clerk
By: */s/ Lisa Wright*
Deputy Clerk
4/2/2024

TO:

Daniel A. Seff, Esq.

Tina Conn, self-represented

Court Reporter

*\*Defendant shall make and be responsible for all arrangements and costs for interpreter services should she feel the need for such services.*

\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-6395 EXT. 110