# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

---

JOHNNY HA, JENNY PHAM, A/K/A
JENNY HA, AND HELEN LE,
                              Plaintiffs,

    v.

TINA CONN,
                              Defendant.

---

Docket No. 2:20-cv-155-wks

## **DEFENDANT'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION TO TINA CONN**

Defendant in the above-captioned action, Ms. Tina Conn, by and through counsel of record Langrock Sperry & Wool, LLP, objects and responds to Plaintiffs' Requests for Admission as follows:

## **REQUESTS FOR ADMISSIONS**

1. Admit that Video #1 is genuine.

**ANSWER: Admit.**

2. Admit that you published Video #1 to YouTube and/or to the Internet.

**ANSWER: Admit.**

3. Admit that Video #1 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

4. Admit that it is you speaking in Video #1.

**ANSWER: Admit.**

5. Admit that it is you visible in Video #1.

**ANSWER: Admit.**

6. Admit that Video #1 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

7. Admit that the Vietnamese-to-English translation of Video #1 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

8. Admit that the Vietnamese-to-English translation of Video #1 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

9. Admit that you have no documents, communications or other evidence to support your statements in Video #1 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

10.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #1.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

11. Admit that Video #2 is genuine.

**ANSWER: Admit.**

12. Admit that you published Video #2 to YouTube and/or to the Internet.

**ANSWER: Admit.**

13.    Admit that Video #2 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

14. Admit that it is you speaking in Video #2.

**ANSWER: Admit.**

15. Admit that it is you visible in Video #2.

**ANSWER: Admit.**

16.    Admit that Video #2 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

17.    Admit that the Vietnamese-to-English translation to Video #2 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

18.      Admit that the Vietnamese-to-English translation of Video #2 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

19.      Admit that you have no documents, communications or other evidence to support your statements in Video #2 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

20.      Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #2.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

21. Admit that Video #3 is genuine.

**ANSWER: Admit.**

22. Admit that you published Video #3 to YouTube and/or the internet.

**ANSWER: Admit.**

23.     Admit that Video #3 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

24. Admit that it is you speaking in Video #3.

**ANSWER: Admit.**

25. Admit that it is you visible in Video #3.

**ANSWER: Admit.**

26.     Admit that Vide #3 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

27.     Admit that the Vietnamese-to-English translation of Video #3 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

28.     Admit that the Vietnamese-to-English translation of Video #3 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

29.    Admit that you have no documents, communications or other evidence to support your statements in Video #3 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

30.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #3.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

31.    Admit that Video #4 is genuine.

**ANSWER: Admit.**

32.    Admit that you published Video #4 to YouTube and/or to the Internet.

**ANSWER: Admit.**

33.    Admit that Video #4 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

34.    Admit that it is you speaking in Video #4.

**ANSWER: Admit.**

35.    Admit that it is you visible in Video #4.

**ANSWER: Admit.**

36.    Admit that Video #4 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

37.     Admit that the Vietnamese-to-English translation of Video #4 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

38.     Admit that the Vietnamese-to-English translation of Video #4 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

39.     Admit that you have no documents, communications or other evidence to support your statements in Video #4 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

40.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #4.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

  41. Admit that Video #5 is genuine.

**ANSWER: Admit.**

  42. Admit that you published Video #5 to YouTube and/or to the Internet.

**ANSWER: Admit.**

  43. Admit that Video #5 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

  44. Admit that it is you speaking in Video #5.

**ANSWER: Admit.**

  45. Admit that it is you visible in Video #5.

**ANSWER: Admit.**

  46. Admit that Video #5 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

  47. Admit that the Vietnamese-to-English translation of Video #5 in the Amended Complaint is accurate and substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

48.     Admit that the Vietnamese-to-English translation of Video #5 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

49.     Admit that you have no documents, communications or other evidence to support your statements in Video #5 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

50.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #5.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

51.     Admit that Video #6 is genuine.

**ANSWER: Admit.**

52.     Admit that you published Video #6 to YouTube and/or to the Internet.

**ANSWER: Admit.**

53.     Admit that Video #6 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

54.     Admit that it is you speaking in Video #6.

**ANSWER: Admit.**

55.     Admit that it is you visible in Video #6.

**ANSWER: Admit.**

56.     Admit that Video #6 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

57.     Admit that the Vietnamese-to-English translation of Video #6 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

58.     Admit that the Vietnamese-to-English translation of Video #6 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

59.     Admit that you have no documents, communications or other evidence to support your statements in Video #6 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

60.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #6.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

61.     Admit that Video #7 is genuine.

**ANSWER: Admit.**

62.     Admit that you published Video #7 to YouTube and/or to the Internet.

**ANSWER: Admit.**

63.     Admit that Video #7 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

64.     Admit that it is you speaking in Video #7.

**ANSWER: Admit.**

65.     Admit that it is you visible in Video #7.

**ANSWER: Admit.**

66.     Admit that Video #7 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

67.     Admit that the Vietnamese-to-English translation of Video #7 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

68.     Admit that the Vietnamese-to-English translation of Video #7 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

69.     Admit that you have no documents, communications or other evidence to support your statements in Video #7 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

70.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #7.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

71.     Admit that Video #8 is genuine.

**ANSWER: Admit.**

72.     Admit that you published Video #8 on YouTube and/or to the Internet.

**ANSWER: Admit.**

73.     Admit that Video #8 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

74.     Admit that it is you speaking in Video #8.

**ANSWER: Admit.**

75.     Admit that it is you visible in Video #8.

**ANSWER: Admit.**

76.     Admit that Video #8 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

77.     Admit that the Vietnamese-to-English translation of Video #8 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

78.     Admit that the Vietnamese-to-English translation of Video #8 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

79.     Admit that you have no documents, communications or other evidence to support your statements in Video #8 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint**

80.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #8.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

81.     Admit that Video #9 is genuine.

**ANSWER: Admit.**

82.     Admit that you published Video #9 to YouTube and/or to the Internet.

**ANSWER: Admit.**

83.     Admit that Video #9 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

84.     Admit that it is you speaking in Video #9.

**ANSWER: Admit.**

85.     Admit that it is you visible in Video #9.

**ANSWER: Admit.**

86.     Admit that Video #9 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

87.     Admit that the Vietnamese-to-English translation of Video #9 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

88.     Admit that the Vietnamese-to-English translation of Video #9 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

89.     Admit that you have no documents, communications or other evidence to support your statements in Video #9 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

90.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #9.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

91.     Admit that Video #10 is genuine.

**ANSWER: Admit.**

92.     Admit that you published Video #10 to YouTube and/or to the Internet.

**ANSWER: Admit.**

93.     Admit that Video #10 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

94.     Admit that it is you speaking in Video #10.

**ANSWER: Admit.**

95.     Admit that it is you visible in Video #10.

**ANSWER: Admit.**

96.     Admit that Video #10 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

97.     Admit that the Vietnamese-to-English translation of Video #10 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

98.     Admit that the Vietnamese-to-English translation of Video #10 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

99.     Admit that you have no documents, communications or other evidence to support your statements in Video #10 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

100.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #10.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

101.     Admit that Video #11 is genuine.

**ANSWER: Admit.**

102.     Admit that you published Video #11 to YouTube and/or to the Internet.

**ANSWER: Admit.**

103.     Admit that Video #11 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

104.     Admit that it is you speaking in Video #11.

**ANSWER: Admit.**

105.    Admit that it is you visible in Video #11.

**ANSWER: Admit.**

106.    Admit that Video #11 was heard and/or viewed by persons other than Plaintiffs

and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's**

**custody, possession, or control. Subject to and without waiver of these objections,**

**denied.**

107.    Admit that the Vietnamese-to-English translation of Video #11 in the

Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of**

**an English translation, and she cannot speak English at a level that would allow her to**

**determine whether the translate is accurate or substantially accurate.**

108.    Admit that the Vietnamese-to-English translation of Video #11 included in the

Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially

accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of**

**an English translation, and she cannot speak English at a level that would allow her to**

**determine whether the translate is accurate or substantially accurate.**

109.    Admit that you have no documents, communications or other evidence to

support your statements in Video #11 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

110.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #11.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

111.    Admit that Video #12 is genuine.

**ANSWER: Admit.**

112.    Admit that you published Video #12 to YouTube and/or to the Internet.

**ANSWER: Admit.**

113.    Admit that Video #12 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

114.    Admit that it is you speaking in Video #12.

**ANSWER: Admit.**

115.    Admit that it is you visible in Video #12.

**ANSWER: Admit.**

116.    Admit that Video #12 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

117.     Admit that the Vietnamese-to-English translation of Video #12 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

118.     Admit that the Vietnamese-to-English translation of Video #12 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

119.     Admit that you have no documents, communications or other evidence to support your statements in Video #12 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

120.     Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #12.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

121.     Admit that Video #13 is genuine.

**ANSWER: Admit.**

122.     Admit that you published Video #13 to YouTube and/or to the Internet.

**ANSWER: Admit.**

123.   Admit that Video #13 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

124.   Admit that it is you speaking in Video #13.

**ANSWER: Admit.**

125.   Admit that it is you visible in Video #13.

**ANSWER: Admit.**

126.   Admit that Video #13 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

127.   Admit that the Vietnamese-to-English translation of Video #13 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

128.   Admit that the Vietnamese-to-English translation of Video #13 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

129.    Admit that you have no documents, communications or other evidence to support your statements in Video #13 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

130.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #13.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

131.    Admit that Video #14 is genuine.

**ANSWER: Admit.**

132.    Admit that you published Video #14 to YouTube and/or to the Internet.

**ANSWER: Admit.**

133.    Admit that Video #14 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

134.    Admit that it is you speaking in Video #14.

**ANSWER: Admit.**

135.    Admit that it is you visible in Video #14.

**ANSWER: Admit.**

136.    Admit that Video #14 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

137.    Admit that the Vietnamese-to-English translation of Video #14 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

138.    Admit that the Vietnamese-to-English translation of Video #14 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

139.    Admit that you have no documents, communications or other evidence to support your statements in Video #14 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

140.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #14.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

141.    Admit that Video #15 is genuine.

**ANSWER: Admit.**

142.    Admit that you published Video #15 to YouTube and/or to the Internet.

**ANSWER: Admit.**

143.    Admit that Video #15 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

144.    Admit that it is you speaking in Video #15.

**ANSWER: Admit.**

145.    Admit that it is you visible in Video #15.

**ANSWER: Admit.**

146.    Admit that Video #15 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

147.    Admit that the Vietnamese-to-English translation of Video #15 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

148.    Admit that the Vietnamese-to-English translation of Video #15 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

149.    Admit that you have no documents, communications or other evidence to support your statements in Video #15 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

150.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #15.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

151.    Admit that Video #16 is genuine.

**ANSWER: Admit.**

152.    Admit that you  published Video #16 to YouTube and/or to the Internet.

**ANSWER: Admit.**

153.    Admit that Video #16 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

154.    Admit that it is you speaking in Video #16.

**ANSWER: Admit.**

155.    Admit that it is you visible in Video #16.

**ANSWER: Admit.**

156.    Admit that Video #16 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

157.    Admit that the Vietnamese-to-English translation of Video #16 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

158.    Admit that the Vietnamese-to-English translation of Video #16 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

159.    Admit that you have no documents, communications or other evidence to support your statements in Video #16 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

160.   Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #16.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

161.   Admit that Video #17 is genuine.

**ANSWER: Admit.**

162.   Admit that you published Video #17 to YouTube and/or to the Internet.

**ANSWER: Admit.**

163.   Admit that Video #17 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

164.   Admit that it is you speaking in Video #17.

**ANSWER: Admit.**

165.   Admit that it is you visible in Video #17.

**ANSWER: Admit.**

166.   Admit that Video #17 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

27

167.    Admit that the Vietnamese-to-English translation of Video #17 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

168.    Admit that the Vietnamese-to-English translation of Video #17 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

169.    Admit that you have no documents, communications, or other evidence to support your statements in Video #17 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

170.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #17.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

171.    Admit that Video #18 is genuine.

**ANSWER: Admit.**

172.    Admit that you published video #18 to YouTube and/or to the Internet.

**ANSWER: Admit.**

173.    Admit that Video #18 is or was available on YouTube and/or the Internet for persons other than Plaintiffs and you to view and hear.

**ANSWER: Admit.**

174.    Admit that it is you speaking in Video #18.

**ANSWER: Admit.**

175.    Admit that it is you visible in Video #18.

**ANSWER: Admit.**

176.    Admit that Video #18 was heard and/or viewed by persons other than Plaintiffs and you.

**ANSWER: Objection; calls for speculation and information outside of Ms. Conn's custody, possession, or control. Subject to and without waiver of these objections, denied.**

177.    Admit that the Vietnamese-to-English translation of Video #18 in the Amended Complaint is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

178.    Admit that the Vietnamese-to-English translation of Video #18 included in the Exhibit to the April 28, 2021 Expert Report of Thi Ngoc Son Dang is accurate or substantially accurate.

**ANSWER: Denied; Ms. Conn is not qualified or certified to opine on the accurateness of an English translation, and she cannot speak English at a level that would allow her to determine whether the translate is accurate or substantially accurate.**

179.    Admit that you have no documents, communications or other evidence to support your statements in Video #18 that are quoted in the Amended Complaint.

**ANSWER: Denied; Ms. Conn is not a certified translator and she cannot speak English at a level that would allow her to understand the quoted language in the Amended Complaint.**

180.    Admit that you do not have a legal privilege to publish to persons other than Plaintiffs the statements you made in Video #18.

**ANSWER: Denied. Ms. Conn has legal privileges such as attorney-client, spousal communication privilege, doctor-patient privilege.**

181.    Admit that you have no documents or communications that support or otherwise relate to your affirmative defense of "Consent."

**ANSWER: Denied.**

182.    Admit that you have no documents or communications that support or otherwise relate to your affirmative defense of "Unclean hands."

**ANSWER: Denied.**

183.    Admit that you have no documents or communications that support or otherwise relate to your affirmative defense of "Truth."

**ANSWER: Denied.**

DATED at Burlington, Vermont this 6th day of July, 2023.

_____

Tina Conn

As to objections:

LANGROCK SPERRY & WOOL, LLP

_____

Justin G. Sherman
210 College Street, Suite 400
Burlington, VT 05401
jsherman@langrock.com
Phone:  802-864-0217

Attorneys for Defendant Tina Conn

2006286.1

31