UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 26 PM 5:15

CLERK
BY /s/ *Law*
DEPUTY CLERK

Johnny Ha, Jenny Pham )
a/k/a Jenny Ha, and Helen )
Le, )
 )
  Plaintiffs, )
 )
  v. ) Case No. 2:20-cv-155
 )
Tina Conn, )
 )
  Defendant. )

## VERDICT FORM

1) Do you find Tina Conn liable to Johnny Ha for defamation?

  Yes ____  No ✓

2) Do you find Tina Conn liable to Jenny Pham for defamation?

  Yes ____  No ✓

3) Do you find Tina Conn liable to Helen Le for defamation?

  Yes ✓  No ____

4) Do you find Tina Conn liable to Johnny Ha for intimidation or harassment motivated by racial, religious, gender, or ethnic animosity?

  Yes ____  No ✓

5) Do you find Tina Conn liable to Jenny Pham for intimidation or harassment motivated by racial, religious, gender, or ethnic animosity?

  Yes ____  No ✓

6) Do you find Tina Conn liable to Helen Le for intimidation or harassment motivated by racial, religious, gender, or ethnic animosity?

  Yes ____  No ✓

If you answered "No" to Questions 1 through 6, you have completed the verdict form. Please inform the Court Security Officer. If your answer to any of Questions 1 through 6 was "Yes," move to the following Questions.

7) If you answered "Yes" to Question 1 above, what amount of compensatory damages do you award Johnny Ha? Remember that you must award some amount of money, but there is no minimum or maximum amount.

$_____

8) If you answered "Yes" to Question 4 above, what amount of compensatory damages do you award Johnny Ha? Remember that you must award some amount of money, but there is no minimum or maximum amount.

$_____

9) If you answered "Yes" to Question 1 above, what amount of punitive damages do you award Johnny Ha? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Johnny Ha or acted under circumstances amounting to a willful and wanton disregard of Mr. Ha's rights.

$_____

10) If you answered "Yes" to Question 4 above, what amount of punitive damages do you award Johnny Ha? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Johnny Ha or acted under circumstances amounting to a willful and wanton disregard of Mr. Ha's rights.

$_____

11) If you answered "Yes" to Question 2 above, what amount of compensatory damages do you award Jenny Pham? Remember that you must award some amount of money, but there is no minimum or maximum amount.

$_____

12) If you answered "Yes" to Question 5 above, what amount of compensatory damages do you award Jenny Pham? Remember that you

must award some amount of money, but there is no minimum or maximum amount.

$ _____

13) If you answered "Yes" to Question 2 above, what amount of punitive damages do you award Jenny Pham? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Jenny Pham or acted under circumstances amounting to a willful and wanton disregard of Ms. Pham's rights.

$ _____

14) If you answered "Yes" to Question 5 above, what amount of punitive damages do you award Jenny Pham? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Jenny Pham or acted under circumstances amounting to a willful and wanton disregard of Ms. Pham's rights.

$ _____

15) If you answered "Yes" to Question 3 above, what amount of compensatory damages do you award Helen Le? Remember that you must award some amount of money, but there is no minimum or maximum amount.

$ **75.00**

16) If you answered "Yes" to Question 6 above, what amount of compensatory damages do you award Helen Le? Remember that you must award some amount of money, but there is no minimum or maximum amount.

$ _____

17) If you answered "Yes" to Question 3 above, what amount of punitive damages do you award Helen Le? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Helen Le or acted under circumstances amounting to a willful and wanton disregard of Ms. Le's rights.

$ _____

3

18) If you answered "Yes" to Question 6 above, what amount of punitive damages do you award Helen Le? You are not required to award punitive damages, but you may if you found that Tina Conn acted with actual malice toward Helen Le or acted under circumstances amounting to a willful and wanton disregard of Ms. Le's rights.

$ _____

███████████████████
Foreperson

_June 26, 2024_
Date

4