UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JOHNNY HA, JENNY PHAM a/k/a JENNY HA, and HELEN LE,<br><br>      Plaintiffs,<br><br>v.<br><br>TINA CONN,<br><br>      Defendant. | Civil Action No. 2:20-cv-155-wks |

**DISCHARGE OF WRIT OF ATTACHMENT**

Defendant having filed with the Court an Unopposed Motion to Discharge Attachment as well as Bond in favor of Plaintiffs in the amount of Plaintiffs' jury verdict, the Court hereby DISCHARGES the June 13, 2022 Writ of Attachment in this matter pursuant to Federal Rule of Civil Procedure 64(a) and Vermont Rule of Civil Procedure 4.1(e). The attachment of Defendant's real property located at 240 North Brownell Road, Williston, Vermont 05495 and 16-18 Lincoln Street, Essex, Vermont 05452 is hereby DISCHARGED and this Discharge may be recorded in the land records to reflect the same.

Dated at Burlington, Vermont this  24th  day of July, 2024.

*William K. Sessions III*
William K. Sessions, III
U.S. District Judge